# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SEBASTIAN WESTERHOLD,                                          PLAINTIFF
A#060291363

v.                          4:17CV00201-JTK

JOHN STALEY, et al.                                            DEFENDANTS

## JUDGMENT

Pursuant to Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 27th day of June, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE